# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

| In re:<br>Spectrum Link, Inc.<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  2:21–bk–16403–VZ<br><br>CHAPTER NO.:  7 |
|---|---|
| Howard Ehrenberg, Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br>Lois Price, an individual,<br><br>Defendant(s) | ADVERSARY NO.:  2:23–ap–01177–VZ |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 7/26/23, a request was filed for the clerk to enter default against defendant(s) **Lois Price, an individual**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: July 26, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Shemainee Carranza**
  **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                                                      **7 – 6 / SC2**