1  Steven F. Werth (CA Bar No. 205434)
   *steven.werth@gmlaw.com*
2  **GREENSPOON MARDER LLP**
   1875 Century Park East, Suite 1900
3  Los Angeles, California 90067
   Telephone: 213.617.5210
4  Facsimile: 954.771.9264

5  Attorneys for Howard M. Ehrenberg,
   Chapter 7 Trustee



FILED & ENTERED

NOV 22 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-16403-VZ |
| SPECTRUM LINK, INC., | Chapter 7 |
| Debtor. | Adversary No.: 2:23-ap-01177-VZ |
| | **DEFAULT JUDGMENT** |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | [Relates to Adv. Docket No. 14] |
| Plaintiff, | Date:  November 7, 2023<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Hon. Vincent P. Zurzolo |
| vs. | |
| LOIS PRICE, an individual, | |
| Defendant. | |

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SFW 55488724v1

This Court having considered the Motion for Default Judgment Under LBR 7055-1 [Adv. Docket No. 14] filed by plaintiff Howard M. Ehrenberg in his capacity as chapter 7 trustee in the above-captioned bankruptcy case ("Plaintiff"), and the court having entered its Order Granting Plaintiff's Motion for Default Judgment Under 7055-1; and the Clerk of the Court having entered the default of defendant Lois Price ("Defendant"); and Defendant having failed to respond to Plaintiff's complaint in this action (the "Complaint"), and for good cause, it is ORDERED as follows:

1. Judgment is entered in favor of Plaintiff, and against Defendant, on the first and fifth claims for relief in the Complaint.

2. The Four-Year Transfers (as that term is defined iu the Complaint) and each of them, are hereby avoided.

3. Plaintiff is entitled to recover all such transfers and distributions referenced above, and otherwise entitled to damages, from Defendant in the principal aggregate amount of $82,940.00, with interest on such amount at the legal rate of interest on judgments from the date of entry of this judgment.

###

Date: November 22, 2023

_____
Vincent P. Zurzolo
United States Bankruptcy Judge