EUGENE KIM-ASSIGNEE OF RECORD
453 S SPRING ST STE 400
LOS ANGELES CA 90013
Phone #: 213-800-4989

APPEARING IN PRO SE

**FILED**
MAY 30 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-16403-VZ |
| SPECTRUM LINK, INC., | Chapter 7 |
| Debtor.    vs. | Adversary No.: 2:23-ap-01177-VZ |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | **NOTICE OF AND ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT.** |
| Plaintiff, | |
| vs. | |
| LOIS PRICE, an individual, | |
| Defendants. | |

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -1-

1  COMES NOW, Plaintiff HOWARD M. EHRENBERG, Chapter 7 Trustee., in the above
2  captioned matter, and moves the Court to hereby accept this Notice of and Assignment of
3  Judgment. In support thereof, the following information is provided:

4  1) THAT the original Judgment was entered on or about 11/22/2023.

6  2) THAT Judgment was entered in favor of Plaintiff and against Defendant.
7  Lois Price.

9  3) THAT the Court awarded a judgment in the total amount of $82,940.00

10  4) THAT there have been no renewals since the entry of said judgment by this Court
11  and that Plaintiff has received $00.00 of judgment from Defendant.

13  5) THAT, HOWARD M. EHRENBERG, Chapter 7 Trustee is the judgment creditor of
record.

15  6) THAT the last address of record for the judgment debtor is 11724 216th St. Lakewood,
CA 90715.

17  7) THAT I/we hereby authorize, without limitation, the transfer and assignment of all title,
rights, interests and authority, and all other rights in law and/or equity be it past present or future,
in said judgment to the following person:

20  <u>EUGENE KIM</u>
21  <u>453 S SPRING ST STE 400</u>
22  <u>LOS ANGELES CA 90013</u>

24  8) THAT I/we relinquish all claim of right/s in the above captioned matter to Assignee as
25  a full and final assignment, and pray the Clerk of the Court file this Notice of and
26  Acknowledgement of Assignment in the above captioned case forthwith, so naming <u>EUGENE</u>
27  <u>KIM</u> as Assignee of Record.

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -2-

1  Signed this __28th__ day of __May__, 2024 at __Los Angeles_____, _____.

2
3  Signature: _____[signature]_____

4  HOWARD M. EHRENBERG, Chapter 7 Trustee.

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -3-