1  EUGENE KIM-ASSIGNEE OF RECORD
   453 S SPRING ST STE 400
2  LOS ANGELES CA 90013
3  Phone #: 213-800-4989

4  
   APPEARING IN PRO SE
5  

6  

7  UNITED STATES BANKRUPTCY COURT

8  CENTRAL DISTRICT OF CALIFORNIA

9  LOS ANGELES DIVISION

10 

11 
12 In re:                                    ) Case No. 2:21-bk-16403-VZ
                                             )
13 SPECTRUM LINK, INC.,                      ) Chapter 7
                                             )
14         Debtor.    vs.                    ) Adversary No.: 2:23-ap-01177-VZ
                                             )
15 ─────────────────────────────             )
                                             )
16 HOWARD M. EHRENBERG, Chapter 7            )
                                             ) NOTICE OF ENTRY OF JUDGMENT
17 Trustee,                                  )
                                             )
18         Plaintiff,                        )
                                             )
19     vs.                                   )
                                             )
20 LOIS PRICE, an individual,                )
                                             )
21         Defendants.                       )

FILED
DEC 18 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

NOTICE OF ENTRY OF JUDGMENT -1-

PLEASE TAKE NOTICE that on November 22, 2023, the United States Bankruptcy Court for the Central District of California entered a judgment in favor of Plaintiff/ HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE against LOIS PRICE, AN INDIVIDUAL, in the above-captioned matter.

A copy of the entered judgment is attached hereto as Exhibit 1 for your reference. Pursuant to the Federal Rules of Bankruptcy Procedure and applicable local rules, this Notice of Entry of Judgment is being served upon you as required by law.

You are hereby notified that failure to comply with the terms of the judgment may result in further legal action, including but not limited to enforcement proceedings.

Dated: December 18, 2024

Respectfully submitted,

_____
Eugene Kim
Assignee of Record

# EXHIBIT 1

Steven F. Werth (CA Bar No. 205434)
*steven.werth@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.617.5210
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

**FILED & ENTERED**

**NOV 22 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-16403-VZ |
| SPECTRUM LINK, INC., | Chapter 7 |
| Debtor. | Adversary No.: 2:23-ap-01177-VZ |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | **DEFAULT JUDGMENT** |
| Plaintiff, | [Relates to Adv. Docket No. 14] |
| vs. | Date: November 7, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Hon. Vincent P. Zurzolo |
| LOIS PRICE, an individual, | |
| Defendant. | |

SFW 55488724v1

This Court having considered the Motion for Default Judgment Under LBR 7055-1 [Adv. Docket No. 14] filed by plaintiff Howard M. Ehrenberg in his capacity as chapter 7 trustee in the above-captioned bankruptcy case ("Plaintiff"), and the court having entered its Order Granting Plaintiff's Motion for Default Judgment Under 7055-1; and the Clerk of the Court having entered the default of defendant Lois Price ("Defendant"); and Defendant having failed to respond to Plaintiff's complaint in this action (the "Complaint"), and for good cause, it is ORDERED as follows:

1. Judgment is entered in favor of Plaintiff, and against Defendant, on the first and fifth claims for relief in the Complaint.

2. The Four-Year Transfers (as that term is defined iu the Complaint) and each of them, are hereby avoided.

3. Plaintiff is entitled to recover all such transfers and distributions referenced above, and otherwise entitled to damages, from Defendant in the principal aggregate amount of $82,940.00, with interest on such amount at the legal rate of interest on judgments from the date of entry of this judgment.

###

Date: November 22, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SFW 55488724v1                                    1

Case No. 2:23-ap-01177-VZ

**PROOF OF SERVICE**

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 13089 Peyton Dr #C458, Chino Hills, California 91709.

On December 18, 2024, I served a true and correct copy of the following document(s), entitled **NOTICE OF ENTRY OF JUDGMENT.**

☒ **BY UNITED STATES MAIL**: I enclosed the document(s) in a sealed envelope or package to the parties on the attached Service List and placed it for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the electronic mail addresses noted.

☐ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the parties on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY ELECTRONIC MAIL**: I caused the document(s) to be sent to the parties on the attached Service List at the electronic mail addresses listed.

☐ **BY FACSIMILE**: I faxed the document(s) to the parties on the attached Service List at the fax numbers listed. No error was reported by the fax machine that I used. A fax transmission record was printed, a copy of which is maintained by this office.

☐ **BY MESSENGER SERVICE**: I provided the document(s) to a professional messenger service for delivery to the parties on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on December 18, 2024, at Chino Hills, California.

Sam Cafiero RPS 2020 057 438